IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VINCE WILLIAM RAZO, #A4015368, | ) ) ) | CV 09-00462 SOM-KSC |
| Plaintiff, | ) ) ) | ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION |
| vs. | ) ) | |
| T. THOMAS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 10, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

2

Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED.  *See* 28 U.S.C. § 2253(c)(2).

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, March 12, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

---

Razo v. Thomas; CV 09-00462 SOM-KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION